# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Marilyn Santos, | Case No.: 2:11-cv-09053 RGK-DTB |
| Plaintiffs, | **ORDER** |
| vs. | |
| California Business Bureau, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: February 17, 2012

_/s/ Gary Klausner_

Judge: