JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Marilyn Santos,<br><br>              Plaintiffs,<br><br>      vs.<br><br>California Business Bureau, Inc.; and<br>DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:11-cv-09053 RGK-DTB<br><br>**ORDER** |

      Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: February 17, 2012

_____

Judge: